GLENN GRAVES, Respondent, *v.* ROY S. RUDMAN, Appellant.

(Argued October 21, 1932; decided November 22, 1932.)

*Sidney K. Backus* for appellant.

*David Posner* and *Hyman G. Gould* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.